```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                            CASE NO. 04 B 36038
   ANEL CALIXTE
                                                  CHAPTER 13

                                                  JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-1045


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/29/2004 and was confirmed 03/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  17.79% from remaining funds.

     The case was paid in full 11/07/2007.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
ACC INTERNATIONAL         UNSECURED      NOT FILED              .00             .00
AT & T BANKRUPCTY         UNSECURED      NOT FILED              .00             .00
COLLECTO/CREDIT PAC       NOTICE ONLY    NOT FILED              .00             .00
ANEL CALIXTE              UNSECURED      NOT FILED              .00             .00
AT&T BROADBAND            UNSECURED      NOT FILED              .00             .00
CREDIT PROTECTION ASSOC   NOTICE ONLY    NOT FILED              .00             .00
BEST BANK                 UNSECURED      NOT FILED              .00             .00
BLOCKBUSTER               UNSECURED      NOT FILED              .00             .00
CAPITAL ONE               UNSECURED      NOT FILED              .00             .00
CITY OF CHICAGO REVENUE   UNSECURED      NOT FILED              .00             .00
CHICAGO SURGERY CLINIC    UNSECURED      NOT FILED              .00             .00
CITY OF CHICAGO           UNSECURED OTH    9840.00              .00         1750.34
LINEGARGER GOGGAN BLAIR   NOTICE ONLY    NOT FILED              .00             .00
CITY OF EVANSTON          UNSECURED OTH     255.00              .00           45.43
CONSULTANTS RADIOLOGISTS  UNSECURED      NOT FILED              .00             .00
NED TONNER LAW OFFICE     NOTICE ONLY    NOT FILED              .00             .00
MERCHANTS CREDIT GUIDE C  NOTICE ONLY    NOT FILED              .00             .00
EQUIFAX                   UNSECURED      NOT FILED              .00             .00
HONOE ACCEPTANCE CORP     UNSECURED      NOT FILED              .00             .00
I C SYSTEMS INC           UNSECURED      NOT FILED              .00             .00
IHC HOLY FAMILY EMERGENC  UNSECURED      NOT FILED              .00             .00
OMNI CREDIT SERVICES      NOTICE ONLY    NOT FILED              .00             .00
PELLETTIERI & ASSOC       NOTICE ONLY    NOT FILED              .00             .00
ILLINOIS COLLECTION SERV  UNSECURED      NOT FILED              .00             .00
INFINITY HEALTHCARE PHYS  UNSECURED      NOT FILED              .00             .00
MCI RESIDENTIAL SERVICES  UNSECURED      NOT FILED              .00             .00
ALLIED INTERSTATE         NOTICE ONLY    NOT FILED              .00             .00
PROFESSIONAL ACCOUNT MGM  UNSECURED      NOT FILED              .00             .00
RESSURECTION HEALTH CARE  UNSECURED      NOT FILED              .00             .00
STERLING PRACTICE MANAGE  UNSECURED      NOT FILED              .00             .00
Z TEL                     UNSECURED      NOT FILED              .00             .00
RISK MANAGEMENT ALTERNAT  NOTICE ONLY    NOT FILED              .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 36038 ANEL CALIXTE
```

```
GLEASON & MACMASTER      DEBTOR ATTY     1,600.00                    1,600.00
TOM VAUGHN               TRUSTEE                                       204.23
DEBTOR REFUND            REFUND                                        100.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  3,700.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        1,795.77
ADMINISTRATIVE                                   1,600.00
TRUSTEE COMPENSATION                               204.23
DEBTOR REFUND                                      100.00
                         ---------------    ---------------
TOTALS                   3,700.00                3,700.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 02/28/08           _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE